# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00218-RPM-MEH

JEREMY FRESQUEZ,

    Plaintiff,

v.

FIRSTSOURCE ADVANTAGE, LLC, a New York limited liability company,

    Defendant.

## ORDER DISMISSING CASE WITH PREJUDICE

THE COURT having reviewed the Notice of Dismissal with Prejudice pursuant to Rule 41(a)(1)(I) of the Federal Rules of Civil Procedure and being fully advised in the premises, DOES HEREBY ORDER that this case is Dismissed with Prejudice, with each party to pay his or its own attorney's fees and costs.

DATE: March 25, 2008

                      BY THE COURT:

                      s/ Richard P. Matsch
                      _____
                      Richard P. Matsch, Senior District Judge